UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| HOWARD MACK HARRIS<br>BOP #07837-033 | CIVIL ACTION NO. 10-328 |
| VS. | SECTION P |
| | JUDGE TRIMBLE |
| CALCASIEU PARISH<br>DETENTION CENTER, ET AL. | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED THAT** plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), and 28 U.S.C. § 1915A(B)(1).

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this the 2nd day of November, 2011.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE